| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vescovo, Diane K. | Western District of Tennessee | 06/30/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge Fulltime | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

341 Federal Building
167 North Main Street
Memphis, Tennessee 38103

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | University of Memphis Board of Visitors |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 06/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Salary - Black McLaren Jones Ryland & Griffee PLC Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | 1st Mortgage on Real Property #1 (Rental) - Destin, FL | N |
| 2. | First Tennessee Bank | 2nd Mortgage on Real Property #1 (Rental) - Destin, FL | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 06/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Property #1, Destin, FL, Undivided 1 interest | D | Rent | O | R | | | | | |
| 2. Sovereign Inherent Return Fund, L.P. | | None | K | T | Redeemed (part) | 02/28/11 | J | | |
| 3. | | | | | Redeemed (part) | 05/31/11 | J | | |
| 4. | | | | | Redeemed (part) | 10/31/11 | J | | |
| 5. 1st Tennessee Bank Accounts | A | Interest | N | T | | | | | |
| 6. Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 7. Renasant Bank Account | B | Interest | | | Redeemed | 04/20/11 | M | | |
| 8. Northwestern Whole Life (S) | B | Dividend | L | T | | | | | |
| 9. Sun Whole Life (S) | C | Dividend | L | T | | | | | |
| 10. Morgan Keegan Account | | | | | | | | | |
| 11. --Cash Regions FDIC | A | Interest | J | T | | | | | |
| 12. --Thornburg Limited Term Muni BD Fund Class I | A | Dividend | J | T | | | | | |
| 13. --Dodge & Cox Income | A | Dividend | K | T | | | | | |
| 14. --PIMCO Total Return Fund P | A | Dividend | J | T | | | | | |
| 15. --Vanguard Short Term Bond Index Fund | A | Dividend | J | T | | | | | |
| 16. --iShares MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |
| 17. --iShares Russell Midcap Index Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 06/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --iShares TR Russell 2000 Index Fund | A | Dividend | K | T | | | | | |
| 19. --iShares Technology Sector IDX Trust Dow Jones US Fund | A | Dividend | K | T | | | | | |
| 20. --iShares Industry Index Trust Dow Jones US | A | Dividend | K | T | | | | | |
| 21. --iShares TR DJ US Basic Mat IDX Fund | A | Dividend | | | Sold | 05/25/11 | K | C | |
| 22. --Vanguard Emerging Markets | A | Dividend | K | T | | | | | |
| 23. --Nuveen Global Infrastructure I (see Notes) | A | Dividend | K | T | | | | | |
| 24. --Franklin Inc Adv | B | Dividend | K | T | | | | | |
| 25. --Thornburg Investment Income Builder Fund I | C | Dividend | L | T | | | | | |
| 26. --Greenhaven Continuous Commodity Index Fund | | None | K | T | | | | | |
| 27. --iShares DJ US Energy Sector Index Fund | A | Dividend | K | T | | | | | |
| 28. --FPA New Income Inc | A | Dividend | J | T | | | | | |
| 29. --FPA Crescent Fund | A | Dividend | K | T | | | | | |
| 30. --Ivy Asset Strategy Fund I | A | Dividend | K | T | | | | | |
| 31. --Osterweis Strategic Income | A | Dividend | K | T | | | | | |
| 32. --RS Global Natural Resources A | A | Dividend | K | T | | | | | |
| 33. --Templeton Global Bond Fund Advisor Class | B | Dividend | J | T | | | | | |
| 34. --Boardwalk Pipeline Partners LP | B | Distribution | | | Sold | 11/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 06/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Energy Transfer Partners LP | A | Distribution | J | T | | | | | |
| 36. --Energy Transfer Equity | B | Distribution | K | T | Buy (add'l) | 11/16/11 | J | | |
| 37. --Enterprise Product Partners LP | B | Distribution | K | T | Buy (add'l) | 11/16/11 | J | | |
| 38. --Kinder Morgan Energy Partners LP | B | Distribution | K | T | | | | | |
| 39. --Plains All American Pipeline LP | A | Distribution | K | T | Buy (add'l) | 11/16/11 | J | | |
| 40. --First Trust Financial Alphadex Fund | A | Dividend | K | T | Buy | 05/25/11 | K | | |
| 41. --First Trust Health Care Alphadex Fund | A | Dividend | K | T | Buy | 05/25/11 | K | | |
| 42. --Fairholme Fund | A | Dividend | K | T | Buy | 02/17/11 | K | | |
| 43. Morgan Keegan IRA Account | | | | | | | | | |
| 44. --Cash Regions FDIC | A | Interest | J | T | Buy (add'l) | 04/21/11 | M | | |
| 45. --Dodge& Cox Income | A | Dividend | J | T | Buy | 05/26/11 | J | | |
| 46. --PIMCO Total Return Fund P | A | Dividend | J | T | Buy | 05/26/11 | J | | |
| 47. --First Trust Financial Alphadex Fund | A | Dividend | J | T | Buy | 05/31/11 | J | | |
| 48. --First Trust Health Care Alphadex Fund | A | Dividend | J | T | Buy | 05/31/11 | J | | |
| 49. --First Trust Industrials Producers Durables Alphadex Fund | A | Dividend | J | T | Buy | 05/31/11 | J | | |
| 50. --First Trust Tech Alpha Dex | | None | J | T | Buy | 05/31/11 | J | | |
| 51. --Ishares MSCI EAFE Index Fund | A | Dividend | J | T | Buy | 05/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 06/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Ishares Russell Midcap Index Fund | A | Dividend | J | T | Buy | 05/31/11 | K | | |
| 53. --Ishares TR Russell 2000 Index Fund | A | Dividend | J | T | Buy | 05/31/11 | K | | |
| 54. --Vanguard Emerging Markets | A | Dividend | J | T | Buy | 05/31/11 | J | | |
| 55. --Fairholme Fund | A | Dividend | J | T | Buy | 05/26/11 | J | | |
| 56. --Franklin Inc Adv | A | Dividend | J | T | Buy | 05/31/11 | J | | |
| 57. --Thornburg Investment Income Builder Fund I | A | Dividend | J | T | | | | | |
| 58. --Physical Precious Metal ETFS | | None | J | T | Buy | 05/31/11 | J | | |
| 59. --First Trust Energy | A | Dividend | J | T | Buy | 05/31/11 | J | | |
| 60. --Greenhaven Continuous Commodity Index Fund | | None | J | T | Buy | 05/31/11 | J | | |
| 61. --FPA Crescent Fund | A | Dividend | J | T | Buy | 05/26/11 | J | | |
| 62. --Ivy Asset Strategy Fund I | A | Dividend | J | T | Buy | 05/31/11 | J | | |
| 63. --Osterweiss Strategic Income | A | Dividend | J | T | Buy | 05/26/11 | J | | |
| 64. --RS Global Natural Resources Y | | None | J | T | Buy | 05/26/11 | J | | |
| 65. --Templeton Global Bond Fund Advisor Class | A | Dividend | J | T | Buy | 05/31/11 | J | | |
| 66. Morgan Keegan Account (S) | | | | | | | | | |
| 67. --Cash Regions FDIC | A | Interest | K | T | Buy (add'l) | 02/11/11 | M | | |
| 68. --iShares MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 06/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --iShares Russell Midcap Index Fund | A | Dividend | K | T | | | | | |
| 70. --iShares TR Russell 2000 Index Fund | A | Dividend | K | T | | | | | |
| 71. --iShares Technology Sector IDX Trust Dow Jones US Fund | A | Dividend | K | T | Buy (add'l) | 03/04/11 | J | | |
| 72. --iShares Industry Index Trust Dow Jones US | A | Dividend | K | T | Buy (add'l) | 03/04/11 | J | | |
| 73. --iShares TR DJ US Basic Mat IDX Fund | A | Dividend | | | Buy (add'l) | 03/04/11 | J | | |
| 74. | | | | | Sold | 05/25/11 | K | D | |
| 75. --Vanguard Emerging Markets | A | Dividend | K | T | | | | | |
| 76. --Nuveen Global Infrastructure I (see Notes) | A | Distribution | K | T | | | | | |
| 77. --Thornburg Investment Income Builder Fund I | C | Dividend | L | T | | | | | |
| 78. --Greenhaven Continuous Commodity Index Fund | | None | K | T | | | | | |
| 79. --iShares DJ US Energy Sector Index Fund | A | Dividend | K | T | Buy (add'l) | 03/4/11 | J | | |
| 80. --Ivy Asset Strategy Fund I | A | Dividend | K | T | | | | | |
| 81. --RS Global Natural Resources | A | Dividend | K | T | | | | | |
| 82. --Boardwalk Pipeline Partners LP | B | Distribution | | | Sold | 11/14/11 | K | | |
| 83. --Energy Transfer Partners LP | B | Distribution | K | T | Buy (add'l) | 03/07/11 | J | | |
| 84. --Energy Transfer Equity | B | Distribution | K | T | Buy (add'l) | 03/07/11 | J | | |
| 85. | | | | | Buy (add'l) | 11/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 06/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | --Enterprise Product Partners LP | B | Distribution | K | T | Buy (add'l) | 03/07/11 | J | | |
| 87. | | | | | | Buy (add'l) | 11/16/11 | J | | |
| 88. | --Kinder Morgan Energy Partners LP | B | Distribution | K | T | | | | | |
| 89. | --Plains All American Pipeline LP | B | Distribution | K | T | Buy (add'l) | 11/16/11 | J | | |
| 90. | --First Trust Financial Alphadex Fund | A | Dividend | K | T | Buy | 05/25/11 | K | | |
| 91. | --First Trust Health Care Alphadex Fund | A | Dividend | K | T | Buy | 05/25/11 | K | | |
| 92. | --Fairholme Fund | A | Dividend | K | T | Buy | 02/17/11 | K | | |
| 93. | --Franklin Inc Adv | C | Dividend | K | T | Buy | 02/22/11 | K | | |
| 94. | Morgan Keegan IRA Account (S) | | | | | | | | | |
| 95. | --Cash Regions FDIC | A | Interest | J | T | | | | | |
| 96. | --Thornburg Investment Income Builder Fund I | B | Dividend | K | T | | | | | |
| 97. | --Aberdeen Asia-Pacific Prime Income Fund | A | Dividend | K | T | | | | | |
| 98. | -- Templeton Global Income Fund, INC | A | Dividend | J | T | | | | | |
| 99. | --Powershares DB G10 Currency Harvest | | None | J | T | | | | | |
| 100. | --FPA Crescent Fund | A | Dividend | K | T | | | | | |
| 101. | Morgan Keegan Pension Account (S) | | | | | | | | | |
| 102. | --Cash Regions FDIC | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 06/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Ishares Barclays Aggregate Bond Fund | A | Dividend | | | Sold | 02/22/11 | K | A | |
| 104. --Ishares TR Lehman (formerly Barclays) 20+ Yr Treasury Fund | A | Dividend | | | Sold | 02/22/11 | J | | |
| 105. --MFS Intermediate Income Trust | A | Dividend | | | Sold | 02/22/11 | J | | |
| 106. --Calamos Convertible & High Income Fund | A | Dividend | J | T | | | | | |
| 107. --Dodge & Cox Income | A | Dividend | K | T | | | | | |
| 108. --PIMCO Total Return Fund P | A | Dividend | K | T | | | | | |
| 109. --Vanguard Short Term Bond Index Fund | A | Dividend | K | T | | | | | |
| 110. --iShares Russell Midcap Index Fund | A | Dividend | K | T | | | | | |
| 111. --iShares TR Russell 2000 Index Fund | A | Dividend | K | T | | | | | |
| 112. --Vanguard Emerging Markets | B | Dividend | K | T | | | | | |
| 113. --Franklin Inc Adv | C | Dividend | L | T | | | | | |
| 114. --Thornburg Investment Income Builder Fund I | C | Dividend | L | T | | | | | |
| 115. --FPA New Income Inc | A | Dividend | K | T | | | | | |
| 116. --Osterweis Strategic Income | B | Dividend | K | T | | | | | |
| 117. --Templeton Global Bond Fund Advisor Class | B | Dividend | K | T | | | | | |
| 118. --Fairholme Fund | A | Dividend | K | T | Buy | 02/17/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 06/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1: Property was purchased on 8/31/04 for the purchase price of $645,000.

Lines 10, 43, 66, 94 and 101: These are "header" lines, thus columns B through D are left blank.

Lines 23: This security was formerly named First American Global Infrastructure Y. The name changed to Nuveen Global Infrastructure I on 4/14/2011.

Lines 34, 82, 104 and 105: There was a realized loss on the sales of these securities.

Lines 76: This security was formerly named First American Global Infrastructure Y. The name changed to Nuveen Global Infrastructure I on 4/14/2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane K. Vescovo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544